# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Linquista White, Emily Bellamy, and Janice Carter )<br>     Plaintiffs, )<br>)<br>v. )<br>)<br>Kevin Shwedo, in his official capacity as the Executive Director of the South Carolina Department of Motor Vehicles; and Ralph K. Anderson, III, in his official capacity as the Chief Judge of the South Carolina Administrative Law Court and Director of the South Carolina Office of Motor Vehicle Hearings, )<br>)<br>     Defendants. )<br>_____ ) | Civil Action No.<br>2:19-CV-03083-RMG |

**Exhibit 1**

**to Defendant Shwedo's Motion to Lift Stay and to Dismiss for**

**Lack of Justiciability**

**Affidavit of Shirley Rivers, September 2, 2021, with attachments**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | |
|---|---|
| Linquista White, Emily Bellamy, and Janice Carter )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Kevin Shwedo, in his official capacity as )<br>the Executive Director of the South )<br>Carolina Department of Motor Vehicles; )<br>and Ralph K. Anderson, III, in his official )<br>capacity as the Chief Judge of the South )<br>Carolina Administrative Law Court and )<br>Director of the South Carolina Office of )<br>Motor Vehicle Hearings, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>2:19-CV-03083-RMG<br><br><br>**AFFIDAVIT OF SHIRLEY RIVERS** |

Personally appeared before me, Shirley H. Rivers, duly sworn, who deposes and says the following:

1. I am employed by the South Carolina Department of Motor Vehicles (SCDMV) as Director of Driver Services. I have been employed by the South Carolina Department of Motor Vehicles for 34 years.

2. I am over 21 years of age and am personally familiar with the matters set forth herein.

3. I have reviewed the SCDMV's computer records and document files regarding the three named Plaintiffs.

4. -Attachments 1, 2 and 3 to this affidavit are the current 10-year driving records of the three named Plaintiffs in this action.

5. The driver's license status of each of the three Plaintiffs is shown near the top of the first page of each record as "**Status-DL:** NO SUSPENSION."

6. Below that, the first unique line under "License Information" for each individual shows that renewal licenses were issued on the following dates to each Plaintiff after their suspensions ended:

      a. Janice Carter      8/17/20

      b. Emily Bellamy      8/24/20

      c. Linquista White      9/17/19

7. In other words, each of the three named Plaintiffs now holds a current driver's license.

8. The details concerning the suspensions of the three Plaintiffs are highlighted in yellow on Attachments 1 through 3, and the details concerning their payments regarding each suspension are highlighted in green on those attachments.

FURTHER AFFIANT SAYETH NOT.

*[Signature: Shirley H. Rivers]*

SWORN TO BEFORE ME THIS 2nd

DAY OF SEPTEMBER, 2021.

*[Signature: Jeannine Moore]* (SEAL)
NOTARY PUBLIC FOR SOUTH CAROLINA

MY COMMISSION EXPIRES: 5/28/2024

# ATTACHMENT 1

Janice Renee Carter



# OFFICIAL 10 YEAR DRIVER RECORD

| Customer No: | | | | | | Driver License No: | |
|---|---|---|---|---|---|---|---|
| Name: | CARTER, JANICE RENEE | | | | | | |
| Address: | | | | | | | |
| City: | | | | State: SC | | Zip: 294183499 | |
| County: | | | | | | | |
| DOB: | | | | Sex: F | | Driver Training: N | |

**Status - DL:** NO SUSPENSION    **CDL:** NO DISQUALIFICATION

## License Information

| Type | Class | Function | Issued | Expires | First Issued | Rest. | Endor. | Document Identifier (ACN / DDN) |
|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | |
| DL | D | Renewal | 08/17/2020 | 08/17/2028 | 12/08/2004 | N | N | 10001001022846012B9 |
| **Prior** | | | | | | | | |
| DL | D | Re-exam | 08/18/2016 | 10/19/2026 | 12/08/2004 | N | N | 1011603500005691 |
| DL | D | Returned | 08/18/2016 | 10/19/2026 | 12/08/2004 | N | N | 10001007022461B5956 |
| DL | D | Original | 12/08/2004 | 10/19/2014 | 12/08/2004 | N | N | N/A |
| DL | D | Modify | 08/30/2012 | 10/19/2014 | 12/08/2004 | N | N | 1011213300022224 |
| DL | D | Modify | 01/08/2008 | 10/19/2014 | 12/08/2004 | N | N | N/A |
| DL | D | Modify | 08/02/2010 | 10/19/2014 | 12/08/2004 | N | N | N/A |

**Address Change -**                              Date Changed: 08/30/2012
Address:
City:              State: SC    Zip: 294104701

**Address Change -**                              Date Changed: 08/30/2011
Address:
City:              State: SC    Zip: 294069531

## Point Summary
Total Current Points:      0
Driver Credit:            -0
Adjusted Current Points:   0

**SC Driver License Surrendered**                 Posted: 08/17/2020
License Type: ID    Class:    Function: Renewal    Issued: 08/20/2018
Date Surrendered: 08/17/2020
Reason for Return: RETURNED VOLUNTARILY          Returning State: SC

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear         Ticket#: 20180420103840
**Violation:** 08/15/2018   **Conviction:** 12/20/2018    **Recd:** 01/29/2019   **Post:** 01/29/2019
**ACD:** D56 **Conviction Loc Ref:** 596                  **Conviction Reference:**
**Conviction State:** SC                                  **Court Type:** UNKNOWN

# OFFICIAL 10 YEAR DRIVER RECORD

**Customer No:** ▉▉▉▉▉▉  **Driver License** ▉▉▉▉▉▉
**Name:** CARTER, JANICE RENEE

**SUSP:** 097 - Failure to Pay Traffic Ticket  **Ticket#:** 20180420103840
**Suspension Beg:** 02/18/2019  **Suspension End:** 06/29/2020
**Causal:** 08/15/2018  **Post:** 01/29/2019
**Ticket Paid:** 06/29/2020  **Compliance Received:** 06/29/2020
**ACD:** D56  **Court Name:** RAVENEL MAGISTRATE
**Court Address:** 5962 HWY 165 SUITE 200
**City:** RAVENEL     **State:** SC     **Zip:** 29470
**Phone No:** 843-889-8332

**SUSP:** 097 - Failure to Pay Traffic Ticket  **Ticket#:** 20180420103838
**Suspension Beg:** 02/18/2019  **Suspension End:** 06/29/2020
**Causal:** 08/15/2018  **Post:** 01/29/2019
**Ticket Paid:** 06/29/2020  **Compliance Received:** 06/29/2020
**ACD:** D56  **Court Name:** RAVENEL MAGISTRATE
**Court Address:** 5962 HWY 165 SUITE 200
**City:** RAVENEL     **State:** SC     **Zip:** 29470
**Phone No:** 843-889-8332

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear  **Ticket#:** 20180420103838
**Violation:** 08/15/2018  **Conviction:** 12/20/2018  **Recd:** 01/29/2019  **Post:** 01/29/2019
**ACD:** D56  **Conviction Loc Ref:** 526  **Conviction Reference:**
**Conviction State:** SC  **Court Type:** UNKNOWN

**VIOL:** 496 - Driving Under Suspension  **Ticket#:** 20180420103840
**Violation:** 08/15/2018  **Conviction:** 12/20/2018  **Recd:** 12/21/2018  **Post:** 12/27/2018
**ACD:** B26  **Conviction Loc Ref:**  **Conviction Reference:**
**Conviction State:** SC  **Court Type:** MAGISTRATE COURT

**SUSP:** 025 - Driving Under Suspension - FTPTT  **Ticket#:** 20180420103840
**Special Driving Privilege:** NONE
**Suspension Beg:** 12/20/2018  **Suspension End:** 01/18/2019
**Causal:** 08/15/2018  **Post:** 12/27/2018
**Reinstatement Requirements Met:** 06/26/2020  **Reinstatement Fee Paid:** Y
**ACD:** B26  **Withdrawal Loc Ref:**  **Withdrawal Reason Ref:**

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear  **Ticket#:** A8UFXEE
**Violation:** 01/19/2018  **Conviction:** 02/20/2018  **Recd:** 03/13/2018  **Post:** 03/13/2018
**ACD:** D56  **Conviction Loc Ref:** 521  **Conviction Reference:**
**Conviction State:** FL  **Court Type:** UNKNOWN

**SUSP:** 097 - Failure to Pay Traffic Ticket  **Ticket#:** A8UFXEE
**Suspension Beg:** 04/02/2018  **Suspension End:** 06/26/2020
**Causal:** 01/19/2018  **Post:** 03/13/2018
**Ticket Paid:** 04/22/2020  **Compliance Received:** 05/06/2020
**ACD:** D56  **Court Name:** DUVAL CNTY CLERK OF COURTS TRAFFIC VIOLATIONS
**Court Address:** 501 WEST ADAMS STREET
**City:** JACKSONVILLE     **State:** FL     **Zip:** 32202
**Phone No:** 904 255 2300

## OFFICIAL 10 YEAR DRIVER RECORD

**Customer No:** ▓▓▓▓▓▓
**Name:** CARTER, JANICE RENEE
**Driver License No:** ▓▓▓▓▓▓

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear
Violation: 12/07/2016    Conviction: 02/16/2017
ACD: D56  Conviction Loc Ref: 541
Conviction State: SC
Recd: 06/13/2017
Conviction Reference:
Court Type: UNKNOWN
Ticket#: 20163070006917
Post: 06/13/2017

**SUSP:** 097 - Failure to Pay Traffic Ticket
Suspension Beg: 07/03/2017
Causal: 12/07/2016
Ticket Paid: 05/19/2020
ACD: D56  Court Name: YEMASSEE MUNICIPAL COURT
Court Address: 101 TOWN CIRCLE / PO BOX
City: YEMASSEE                State: SC       Zip: 29945
Phone No: 843-589-6315
Ticket#: 20163070006917
Suspension End: 06/26/2020
Post: 06/13/2017
Compliance Received: 05/19/2020

**VIOL:** 441 - Speeding more than 10 mph but LT 25 mph
Violation: 12/07/2016    Conviction: 02/16/2017
ACD: S92  Conviction Loc Ref:
Conviction State: SC
Actual Speed: 72    Posted Speed: 60
Recd: 03/14/2017    Post: 04/06/2017
Conviction Reference:
Court Type: MUNICIPAL COURT
Violation Points: 4    Current Points: 0
Ticket#: 20163070006917

**VIOL:** 441 - Speeding more than 10 mph but LT 25 mph
Violation: 09/14/2014    Conviction: 10/21/2014
ACD: S92  Conviction Loc Ref:
Conviction State: SC
Actual Speed: 44    Posted Speed: 30
Recd: 11/07/2014    Post: 11/20/2014
Conviction Reference:
Court Type: MUNICIPAL COURT
Violation Points: 4    Current Points: 0
Ticket#: 30477GG

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear
Violation: 09/14/2014    Conviction: 10/21/2014
ACD: D56  Conviction Loc Ref: 541
Conviction State: SC
Recd: 11/20/2014    Post: 11/20/2014
Conviction Reference:
Court Type: UNKNOWN
Ticket#: 30477GG

**SUSP:** 097 - Failure to Pay Traffic Ticket
Suspension Beg: 12/10/2014
Causal: 09/14/2014
Ticket Paid: 08/16/2016
ACD: D56  Court Name: HOLLY HILL MUN CRT
Court Address: 8423 OLD STATE RD
City: HOLLY HILL              State: SC       Zip: 29059
Phone No: 803 496 3330
Ticket#: 30477GG
Suspension End: 08/16/2016
Post: 11/20/2014
Compliance Received: 08/16/2016

**VIOL:** 464 - Speeding 25 MPH or above the posted limits
Violation: 01/01/2009    Conviction: 02/06/2009
ACD: S92  Conviction Loc Ref:
Conviction State: TN
Actual Speed: 98    Posted Speed: 65
Recd: 12/05/2011    Post: 01/13/2012
Conviction Reference:
Court Type: MAGISTRATE COURT
Violation Points: 6    Current Points: 0
Ticket#: T527412

**SUSP:** 042 - Cancellation of Insurance
Special Driving Privilege: NONE
Suspension Beg: 04/29/2011
Causal: 02/18/2011
Reinstatement Requirements Met: 09/01/2011
ACD: D36  Withdrawal Loc Ref:
Suspension End: 09/01/2011
Post: 03/24/2011
Reinstatement Fee Paid: Y
Withdrawal Reason Ref:

**OFFICIAL 10 YEAR DRIVER RECORD**

Customer No: █████
Name: CARTER, JANICE RENEE
Driver License No: █████

*End of Report*

# ATTACHMENT 2

# Emily Shanta Bellamy



# OFFICIAL 10 YEAR DRIVER RECORD

| Customer No: | | | | | | Driver License No: | |
|---|---|---|---|---|---|---|---|
| Name: | BELLAMY, EMILY SHANTA | | | | | | |
| Address: | | | | | | | |
| City: | | | | State: SC | | Zip: 295274522 | |
| County: | | | | | | | |
| DOB: | | | | Sex: F | | Driver Training: N | |
| Status - DL: NO SUSPENSION | | | | CDL: NO DISQUALIFICATION | | | |

## License Information

| Type | Class | Function | Issued | Expires | First Issued | Rest. | Endor. | Document Identifier (ACN / DDN) |
|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | |
| DL (R) | D | Renewal | 08/24/2020 | 08/24/2028 | 12/13/2013 | N | N | 2600260102285065015 |
| **Prior** | | | | | | | | |
| DL | D | Modify | 11/18/2014 | 03/23/2023 | 12/13/2013 | N | N | 1011325300064988 |
| DL | D | BP to DL | 12/13/2013 | 03/23/2023 | 12/13/2013 | N | N | 1011315500014765 |
| BP | D | Returned | 05/17/2013 | 05/17/2014 | 07/26/2010 | N | N | N/A |
| BP | D | Renewal | 05/17/2013 | 05/17/2014 | 07/26/2010 | N | N | 1011228500066392 |
| BP | D | Reissue | 05/17/2013 | 05/17/2014 | 07/26/2010 | N | N | 1011228500066386 |
| BP | D | Renewal | 07/26/2012 | 07/26/2013 | 07/26/2010 | N | N | 1011210000014331 |
| BP | D | Renewal | 07/26/2011 | 07/26/2012 | 07/26/2010 | N | N | 1011103200040302 |
| BP | D | Original | 07/26/2010 | 07/26/2011 | 07/26/2010 | N | N | N/A |
| BP | D | Reissue | 07/26/2010 | 07/26/2011 | 07/26/2010 | N | N | N/A |
| BP | D | Modify | 05/04/2011 | 07/26/2011 | 07/26/2010 | N | N | 1011015800017932 |

**Name Change -**  Date Changed: 12/04/2015
Name: BELLAMY, EMILY S

**Address Change -**  Date Changed: 07/26/2012
Address:
City:    State: SC    Zip: 295688417

**Address Change -**  Date Changed: 05/17/2013
Address:
City:    State: SC    Zip: 29577

**Address Change -**  Date Changed: 10/23/2019
Address:
City:    State: SC    Zip: 295274522

**Address Change -**  Date Changed: 11/18/2014
Address:
City:    State: SC    Zip: 295688417

**Address Change -**  Date Changed: 04/24/2015
Address:
City:    State: SC    Zip: 295687918

**Address Change -**  Date Changed: 06/15/2016
Address:
City:    State: SC    Zip: 295688417

# OFFICIAL 10 YEAR DRIVER RECORD

**Customer No:** ████████  **Driver License No:** ████████
**Name:** BELLAMY, EMILY SHANTA

**Address Change -**  **Date Changed:** 11/04/2016
**Address:**
**City:** ████████  **State:** SC  **Zip:** 295667700

**Address Change -**  **Date Changed:** 05/15/2017
**Address:**
**City:** ████████  **State:** SC  **Zip:** 295688417

**Point Summary**
**Total Current Points:** 0
**Driver Credit:** -0
**Adjusted Current Points:** 0

**SR22 - Future Proof of Financial Responsibility (Insurance)**
**Effective:** 02/12/2021  **Filing:** 02/13/2021  **Posted:** 02/12/2021
**Type:** NON-RESTRICTED  **Policy Number:** 11406779461
**Company Code:** 21164  **Company Name:** DAIRYLAND INSURANCE COMPANY

**SC Driver License Surrendered**  **Posted:** 08/24/2020
**License Type:** ID  **Class:**  **Function:** Returned  **Issued:** 05/15/2017
**Date Surrendered:** 08/24/2020
**Reason for Return:** RETURNED VOLUNTARILY  **Returning State:** SC

**SR22 - Future Proof of Financial Responsibility (Insurance)**
**Effective:** 03/02/2020  **Filing:** 03/03/2020  **Posted:** 03/03/2020
**Type:** NON-RESTRICTED  **Policy Number:** 936774753
**Company Code:** 16322  **Company Name:** PROGRESSIVE DIRECT INS CO
**SR26 Cancel Date:** 02/12/2021  **Reason:** OTHER  **Last Changed:** 02/15/2021

**SUSP:** 097 - Failure to Pay Traffic Ticket  **Ticket#:** 20180620054349
**Suspension Beg:** 12/05/2018  **Suspension End:** 08/19/2020
**Causal:** 05/29/2018  **Post:** 11/16/2018
**Ticket Paid:** 04/30/2020  **Compliance Received:** 04/30/2020
**ACD:** D56  **Court Name:** CONWAY MUNICIPAL COURT
**Court Address:** 229 MAIN STREET
**City:** CONWAY  **State:** SC  **Zip:** 29526
**Phone No:** 843 248 1765

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear  **Ticket#:** 20180620054349
**Violation:** 05/29/2018  **Conviction:** 08/29/2018  **Recd:** 11/16/2018  **Post:** 11/16/2018
**ACD:** D56  **Conviction Loc Ref:** 524  **Conviction Reference:**
**Conviction State:** SC  **Court Type:** UNKNOWN

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear  **Ticket#:** 20180620054347
**Violation:** 05/29/2018  **Conviction:** 08/29/2018  **Recd:** 11/16/2018  **Post:** 11/16/2018
**ACD:** D56  **Conviction Loc Ref:** 517  **Conviction Reference:**
**Conviction State:** SC  **Court Type:** UNKNOWN

# OFFICIAL 10 YEAR DRIVER RECORD

**Customer No:** ███████  
**Name:** BELLAMY, EMILY SHANTA  
**Driver License No:** 102465147

**SUSP:** 097 - Failure to Pay Traffic Ticket  **Ticket#:** ███████  
**Suspension Beg:** 12/06/2018  **Suspension End:** 08/19/2020  
**Causal:** 05/29/2018  **Post:** 11/16/2018  
**Ticket Paid:** 04/30/2020  **Compliance Received:** 04/30/2020  
**ACD:** D56  **Court Name:** CONWAY MUNICIPAL COURT  
**Court Address:** 229 MAIN STREET  
**City:** CONWAY  **State:** SC  **Zip:** 29526  
**Phone No:** 843 248 1765

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear  **Ticket#:** 20180620054342  
**Violation:** 05/29/2018  **Conviction:** 08/29/2018  **Recd:** 11/16/2018  **Post:** 11/16/2018  
**ACD:** D56  **Conviction Loc Ref:** 587  **Conviction Reference:**  
**Conviction State:** SC  **Court Type:** UNKNOWN

**SUSP:** 097 - Failure to Pay Traffic Ticket  **Ticket#:** 20180620054342  
**Suspension Beg:** 12/06/2018  **Suspension End:** 08/19/2020  
**Causal:** 05/29/2018  **Post:** 11/16/2018  
**Ticket Paid:** 04/30/2020  **Compliance Received:** 04/30/2020  
**ACD:** D56  **Court Name:** CONWAY MUNICIPAL COURT  
**Court Address:** 226 MAIN STREET  
**City:** CONWAY  **State:** SC  **Zip:** 29526  
**Phone No:** 843 248 1765

**VIOL:** 403 - Owner Operating an Uninsured Motor Vehicle  **Ticket#:** 20180620054347  
**Violation:** 05/29/2018  **Conviction:** 08/29/2018  **Recd:** 08/31/2018  **Post:** 09/10/2018  
**ACD:** D36  **Conviction Loc Ref:**  **Conviction Reference:**  
**Conviction State:** SC  **Court Type:** MUNICIPAL COURT

**SUSP:** 043 - Owner Operating an Uninsured Motor Vehicle  **Ticket#:** 20180620054347  
**Special Driving Privilege:** NONE  
**Suspension Beg:** 09/25/2018  **Suspension End:** 08/19/2020  
**Causal:** 05/29/2018  **Post:** 09/10/2018  
**Reinstatement Requirements Met:** 08/19/2020  **Reinstatement Fee Paid:** Y  
**ACD:** D36  **Withdrawal Loc Ref:**  **Withdrawal Reason Ref:**

**VIOL:** 451 - Following too closely  **Ticket#:** 20180620054349  
**Violation:** 05/29/2018  **Conviction:** 08/29/2018  **Recd:** 08/30/2018  **Post:** 08/31/2018  
**ACD:** M34  **Conviction Loc Ref:**  **Conviction Reference:**  
**Conviction State:** SC  **Court Type:** MUNICIPAL COURT  
**Violation Points:** 4  **Current Points:** 0

**SUSP:** 078 - FR Accident  
**Suspension Beg:** 08/26/2018  **Suspension End:** 08/21/2020  
**Accident:** 05/29/2018  **Post:** 07/12/2018  
**Reinstatement Requirements Met:** 08/21/2020  **Reinstatement Fee Paid:** Y  
**ACD:** D38  **Withdrawal Loc Ref:**  **Withdrawal Reason Ref:**  
**SR 22 Required Until:**

## OFFICIAL 10 YEAR DRIVER RECORD

**Customer No:** ▮▮▮▮▮▮▮  
**Name:** BELLAMY, EMILY SHANTA  
**Driver License No:** 102465147

**SUSP:** 097 - Failure to Pay Traffic Ticket  
**Suspension Beg:** 07/08/2018  
**Causal:** 02/08/2018  
**Ticket Paid:** 02/10/2020  
**ACD:** D56  **Court Name:** CENTRAL TRAFFIC  
**Court Address:** 333 CLELAND STREET  
**City:** GEORGETOWN    **State:** SC    **Zip:** 29440  
**Phone No:** 843 545 3371  
**Ticket#:** ▮▮▮▮▮▮▮  
**Suspension End:** 08/19/2020  
**Post:** 06/18/2018  
**Compliance Received:** 02/10/2020

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear  
**Violation:** 02/08/2018    **Conviction:** 04/17/2018  
**ACD:** D56  **Conviction Loc Ref:** 521  
**Conviction State:** SC  
**Ticket#:** 20182390200322  
**Recd:** 06/18/2018    **Post:** 06/18/2018  
**Conviction Reference:**  
**Court Type:** UNKNOWN

**ACC:** REPORTABLE  
**Accident:** 05/29/2018  
**Accident Case Number:** 18573199  
**Accident Jurisdiction:** SC    **Acc Loc Ref:** SCHDPT  
**Contributed:** Y  
**Posted:** 06/07/2018  
**FR-10 Audit Number:** U-321996  
**History:** N

**VIOL:** 421 - Speeding 10-mph or less  
**Violation:** 02/08/2018    **Conviction:** 04/17/2018  
**ACD:** S51  **Conviction Loc Ref:**  
**Conviction State:** SC  
**Ticket#:** 20182390200322  
**Recd:** 04/18/2018    **Post:** 05/07/2018  
**Conviction Reference:**  
**Court Type:** MAGISTRATE COURT  
**Violation Points:** 2    **Current Points:** 0

**VIOL:** 421 - Speeding 10-mph or less  
**Violation:** 03/12/2016    **Conviction:** 04/14/2016  
**ACD:** S51  **Conviction Loc Ref:**  
**Conviction State:** SC  
**Ticket#:** 5102P0196679  
**Recd:** 05/19/2016    **Post:** 06/07/2016  
**Conviction Reference:**  
**Court Type:** MAGISTRATE COURT  
**Violation Points:** 2    **Current Points:** 0

**VIOL:** 421 - Speeding 10-mph or less  
**Violation:** 01/18/2016    **Conviction:** 02/15/2016  
**ACD:** S51  **Conviction Loc Ref:**  
**Conviction State:** SC  
**Ticket#:** H581642  
**Recd:** 03/11/2016    **Post:** 03/31/2016  
**Conviction Reference:**  
**Court Type:** MAGISTRATE COURT  
**Violation Points:** 2    **Current Points:** 0

**VIOL:** 421 - Speeding 10-mph or less  
**Violation:** 10/14/2014    **Conviction:** 12/03/2014  
**ACD:** S51  **Conviction Loc Ref:**  
**Conviction State:** SC  
**Ticket#:** G101192  
**Recd:** 01/21/2015    **Post:** 01/27/2015  
**Conviction Reference:**  
**Court Type:** MAGISTRATE COURT  
**Violation Points:** 2    **Current Points:** 0

**VIOL:** 424 - Driving too fast for conditions - 10MPH or less  
**Violation:** 03/28/2014    **Conviction:** 05/06/2014  
**ACD:** S94  **Conviction Loc Ref:**  
**Conviction State:** SC  
**Ticket#:** G720617  
**Recd:** 07/16/2014    **Post:** 07/25/2014  
**Conviction Reference:**  
**Court Type:** MAGISTRATE COURT  
**Violation Points:** 2    **Current Points:** 0

**ACC:** REPORTABLE  
**Accident:** 03/28/2014  
**Accident Case Number:** 14525212  
**Accident Jurisdiction:** SC    **Acc Loc Ref:** SCHDPT  
**Contributed:** Y  
**Posted:** 04/02/2014  
**FR-10 Audit Number:** E-616560  
**History:** N

## OFFICIAL 10 YEAR DRIVER RECORD

**Customer No:** ███████  
**Name:** BELLAMY, EMILY SHANTA

**Driver License No:** ███████

*End of Report*

# ATTACHMENT 3

# Linquista Nicole White



# OFFICIAL 10 YEAR DRIVER RECORD

**Customer No:** ▓▓▓▓▓▓    **Driver License No:** ▓▓▓▓▓▓
**Name:** WHITE, LINQUISTA NICOLE
**Address:** ▓▓▓▓▓▓
**City:** ▓▓▓▓▓▓    **State:** SC    **Zip:** 294122447
**County:** ▓▓▓▓▓▓
**DOB:** ▓▓▓▓▓▓    **Sex:** F    **Driver Training:** N
**Status - DL:** NO SUSPENSION    **CDL:** NO DISQUALIFICATION

## License Information

| Type | Class | Function | Issued | Expires | First Issued | Rest. | Endor. | Document Identifier (ACN / DDN) |
|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | |
| DL | D | Renewal | 09/17/2019 | 09/13/2027 | 12/12/1996 | N | N | 1000600102267042518 |
| **Prior** | | | | | | | | |
| DL | D | Renewal | 05/24/2017 | 09/13/2027 | 12/12/1996 | N | N | 1011628000049071 |
| DL | D | Returned | 05/24/2017 | 09/13/2027 | 12/12/1996 | N | N | 1000600702267036840 |
| DL | D | Renewal | 11/30/2016 | 05/30/2017 | 12/12/1996 | N | N | 1011606000012508 |
| DL | D | Renewal | 03/05/2010 | 09/13/2020 | 12/12/1996 | N | N | N/A |
| DL | D | Reissue | 03/05/2010 | 09/13/2020 | 12/12/1996 | N | N | 1011103100029676 |
| DL | D | Duplicate | 07/23/2011 | 09/13/2020 | 12/12/1996 | N | N | N/A |
| DL | D | Duplicate | 03/13/2015 | 09/13/2020 | 12/12/1996 | N | N | 1011428200007473 |
| DL | D | Modify | 02/17/2011 | 09/13/2020 | 12/12/1996 | N | N | 1011015800024163 |
| DL | D | Returned | 03/05/2010 | 09/13/2020 | 12/12/1996 | N | N | 1011428200007473 |
| DL | D | Renewal | 08/20/2009 | 09/13/2019 | 12/12/1996 | N | N | N/A |
| DL | D | Returned | 08/20/2009 | 09/13/2019 | 12/12/1996 | N | N | N/A |
| DL | D | Renewal | 11/15/2004 | 09/13/2014 | 12/12/1996 | Y | N | N/A |
| DL | D | Reissue | 11/15/2004 | 09/13/2014 | 12/12/1996 | Y | N | N/A |
| DL | D | Modify | 09/11/2008 | 09/13/2014 | 12/12/1996 | Y | N | N/A |
| DL | D | Modify | 12/11/2007 | 09/13/2014 | 12/12/1996 | Y | N | N/A |
| DL | D | Renewal | 09/14/2001 | 09/13/2006 | 12/12/1996 | N | N | N/A |
| DL | D | Duplicate | 10/26/2001 | 09/13/2006 | 12/12/1996 | N | N | N/A |
| DL | D | Duplicate | 02/03/2003 | 09/13/2006 | 12/12/1996 | N | N | N/A |

**Address Change -**    **Date Changed:** 04/24/2019
**Address:** ▓▓▓▓▓▓
**City:** ▓▓▓▓▓▓    **State:** SC    **Zip:** 294185887

**Address Change -**    **Date Changed:** 03/29/2018
**Address:** ▓▓▓▓▓▓
**City:** ▓▓▓▓▓▓    **State:** SC    **Zip:** 294122806

## Point Summary
**Total Current Points:** 0
**Driver Credit:** -0
**Adjusted Current Points:** 0

## SR22 - Future Proof of Financial Responsibility (Insurance)
**Effective:** 09/16/2019    **Filing:** 09/16/2019    **Posted:** 09/16/2019
**Type:** NON-OWNERS LIABILITY    **Policy Number:** NO20530703-0
**Company Code:** 11128    **Company Name:** GREENVILLE CASUALTY INSURANCE COMPANY, INC.
**SR26 Cancel Date:** 01/01/2020    **Reason:** OTHER    **Last Changed:** 01/02/2020

# OFFICIAL 10 YEAR DRIVER RECORD

**Customer No:** ▇▇▇▇▇▇  **Driver License No:** ▇▇▇▇▇▇
**Name:** WHITE, LINQUISTA NICOLE

**SUSP:** 097 - Failure to Pay Traffic Ticket                          Ticket#: 4102P0210339
**Suspension Beg:** 03/24/2019                **Suspension End:** 09/17/2019
**Causal:** 09/04/2018                        **Post:** 03/04/2019
**Ticket Paid:** 09/16/2019                   **Compliance Received:** 09/17/2019
**ACD:** D56  **Court Name:** JAMES ISLAND MAGISTRATE
**Court Address:** 615 RIVERLAND DRIVE
**City:** JAMES ISLAND          **State:** SC       **Zip:** 29412
                **Phone No:** 8437951140

**VIOL:** 560 - Failure to Pay Traffic Ticket or Appear        Ticket#: 4102P0210339
**Violation:** 09/04/2018   **Conviction:** 01/15/2019   **Recd:** 03/04/2019   **Post:** 03/04/2019
**ACD:** D56  **Conviction Loc Ref:** 596   **Conviction Reference:**
**Conviction State:** SC                     **Court Type:** UNKNOWN

**VIOL:** 496 - Driving Under Suspension                       Ticket#: 4102P0210339
**Violation:** 09/04/2018   **Conviction:** 01/15/2019   **Recd:** 01/16/2019   **Post:** 01/17/2019
**ACD:** B26  **Conviction Loc Ref:**        **Conviction Reference:**
**Conviction State:** SC                     **Court Type:** MAGISTRATE COURT

**SUSP:** 013 - Driving Under Suspension                       Ticket#: 4102P0210339
**Special Driving Privilege:** NONE
**Suspension Beg:** 02/01/2019                **Suspension End:** 05/01/2019
**Causal:** 09/04/2018                        **Post:** 01/17/2019
**Reinstatement Requirements Met:** 09/17/2019   **Reinstatement Fee Paid:** Y
**ACD:** B26  **Withdrawal Loc Ref:**         **Withdrawal Reason Ref:**

**SUSP:** 062 - No Insurance at time of Registration
**Special Driving Privilege:** NONE
**Suspension Beg:** 06/08/2018                **Suspension End:** 09/17/2019
**Causal:** 04/06/2018                        **Post:** 05/08/2018
**Reinstatement Requirements Met:** 09/17/2019   **Reinstatement Fee Paid:** Y
**ACD:** D36  **Withdrawal Loc Ref:**         **Withdrawal Reason Ref:**

**SR22 - Future Proof of Financial Responsibility (Insurance)**
**Effective:** 12/12/2016   **Filing:** 09/19/2017   **Posted:** 03/03/2017
**Type:** NON-RESTRICTED              **Policy Number:** SC3224919
**Company Code:** 13703     **Company Name:** THE GENERAL AUTOMOBILE INSURANCE COMPANY INC
**SR26 Cancel Date:** 09/06/2017   **Reason:** NON-PAYMENT          **Last Changed:** 09/19/2017

**VIOL:** 403 - Owner Operating an Uninsured Motor Vehicle    Ticket#: 20160420020391
**Violation:** 10/28/2016   **Conviction:** 12/14/2016   **Recd:** 12/22/2016   **Post:** 01/04/2017
**ACD:** D36  **Conviction Loc Ref:**        **Conviction Reference:**
**Conviction State:** SC                     **Court Type:** MAGISTRATE COURT

**SUSP:** 043 - Owner Operating an Uninsured Motor Vehicle    Ticket#: 20160420020391
**Special Driving Privilege:** NONE
**Suspension Beg:** 01/19/2017                **Suspension End:** 05/24/2017
**Causal:** 10/28/2016                        **Post:** 01/04/2017
**Reinstatement Requirements Met:** 05/24/2017   **Reinstatement Fee Paid:** Y
**ACD:** D36  **Withdrawal Loc Ref:**         **Withdrawal Reason Ref:**

## OFFICIAL 10 YEAR DRIVER RECORD

**Customer No:** ▮▮▮▮▮▮▮  **Driver License No:** ▮▮▮▮▮▮▮
**Name:** WHITE, LINQUISTA NICOLE

**SUSP:** 062 - No Insurance at time of Registration
**Special Driving Privilege:** NONE
**Suspension Beg:** 06/02/2016           **Suspension End:** 03/17/2017
**Causal:** 03/31/2016                   **Post:** 05/02/2016
**Reinstatement Requirements Met:** 03/17/2017   **Reinstatement Fee Paid:** Y
**ACD:** D36  **Withdrawal Loc Ref:**    **Withdrawal Reason Ref:**

*End of Report*